JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No. | 8:25-cv-02787-JWH(DFMx) | Date | June 8, 2026 |
| --- | --- | --- | --- |
| Title | *Carlos M. Sinquimani et al v. General Motors LLC et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Court Smart |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| Rabiya F. Tirmizi | Jason Jacobs |

**Proceedings:   PLAINTIFF'S MOTION TO REMAND CASE [15];
SCHEDULING CONFERENCE**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated in open court, it is hereby **ORDERED** as follows:

1.      Pursuant to the stipulation of counsel for Plaintiff in open court, the amount of controversy in this action does not exceed $75,000.  Therefore, this Court lacks subject matter jurisdiction.

2.      Plaintiff's Motion to Remand Case [ECF No. 15] is **GRANTED**.

3.      This matter is **REMANDED** to Orange County Superior Court.

**IT IS SO ORDERED.**

Time:   00:16
Initials of Preparer:  cla